UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Sandra Faulkner<br>Debtor. | Chapter: 13<br>Case No. 17-32285-beh |

**DECLARATION IN SUPPORT OF MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF JUNIPER MORTGAGE LOAN TRUST A FOR RELIEF FROM AUTOMATIC STAY**

STATE OF Texas       )
                     )ss
  Collin   COUNTY    )

The declarant, being first duly sworn on oath, deposes and states as follows:

1. That the declarant is an employee of Carrington Mortgage Services, the servicer of the mortgage loan involved herein and has been so employed at all times material hereto and makes this declaration based upon the declarant's personal knowledge and the regularly-maintained business records of the servicer.

2. In the regular performance of the declarant's job functions, the declarant is familiar with business records maintained by Carrington Mortgage Services for the purpose of servicing mortgage loans. These records (which include data compilations, electronically imaged documents and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records and are kept in the course of business activity conducted regularly by Carrington Mortgage Services. It is the regular practice of Carrington Mortgage Services's mortgage servicing business to make these records. In connection with making this declaration, the declarant has acquired personal knowledge of the matters stated herein by personally examining these business records.

3. That the mortgage involved herein encumbers real estate located at 2028 Lasalle St, Racine, Wisconsin 53402.

Sandra Faulkner
2028 Lasalle St
Racine, Wisconsin 53402

4. That the post-petition arrearage due is itemized as follows:

| | |
|---|---:|
| 6/1/21 through 8/1/21<br>3 mortgage payments @ $1,318.25 | $3,954.75 |
| Credits / Suspense | (27.09) |
| POST-PETITION ARREARAGE | $3,927.66 |

Payments and other items will continue to accrue under the note and mortgage after the date of this declaration and the movant asserts its entitlement to recover those items.

5. That the estimated fair market value of the property according to the local assessor's office is $117,100.00. That as of October 1, 2021, the total amount due the movant will be approximately $100,570.78.

6. That attached hereto and incorporated herein by reference is a summary of the post-petition mortgage payment history since the post-petition mortgage payments were last current.

7. That this declaration is made in support of the movant's motion for relief from the automatic stay.

8. I declare under penalty of perjury that the foregoing is true and correct.

9. Executed on this __17__ day of __August__, __2021__.

_____
Tori Danner
(Type/Print Name)

August 17, 2021
Date

Sandra Faulkner
2028 Lasalle St
Racine, Wisconsin 53402

| Transaction Type | Transaction Date | Amount Received | Post Suspense Balance | Post Petitions Due Date | Post Am Due PerfCN | Post Amt Applied Contractual | Principal | Escrow | Post Amt Over/Short | Credit to Post Suspense | Debit from Post Suspense | Post Susp Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | -$3,927.66 | | | | | | | | | |
| Post-Petition | 12/29/2017 | | | 12/1/2017 | | | | | | | | |
| Post-Petition | 01/07/18 | $1,159.82 | | | | | | | | $1,159.82 | $0.00 | $1,159.82 |
| Post-Petition | 02/12/18 | $7.70 | | 1/1/2018 | $1,167.52 | $1,167.52 | | | -$1,159.82 | $0.00 | -$1,159.82 | $0.00 |
| Post-Petition | 02/13/18 | $1,167.52 | | 2/1/2018 | $1,167.52 | $1,167.52 | $844.59 | $322.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/06/18 | $1,167.52 | | 3/1/2018 | $1,167.52 | $1,167.52 | $844.59 | $322.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 04/12/18 | $1,167.52 | | 4/1/2018 | $1,167.52 | $1,167.52 | $844.59 | $322.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 05/01/18 | $1,167.52 | | 5/1/2018 | $1,167.52 | $1,167.52 | $844.59 | $322.93 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 06/28/18 | $1,165.44 | | 6/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/20/18 | $1,165.44 | | 7/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 09/28/18 | $1,165.44 | | 8/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/01/18 | $1,165.44 | | 9/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 10/31/18 | $1,165.44 | | 10/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/02/18 | $1,165.44 | | 11/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 11/14/18 | $0.00 | | | | | | | | $0.00 | $0.00 | $0.00 |
| Reversal-Post-Petition | 11/14/18 | $0.00 | | 11/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 12/07/18 | $1,165.44 | | 10/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 01/11/19 | $1,165.44 | | 11/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 03/05/19 | $2,330.88 | | 12/1/2018 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $1,165.44 | $1,165.44 | $0.00 | $1,165.44 |
| Post-Petition | 03/05/19 | | | 1/1/2019 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | -$1,165.44 | $0.00 | $1,165.44 | $0.00 |
| Post-Petition | 05/15/19 | $2,330.88 | | 2/1/2019 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $1,165.44 | $1,165.44 | $0.00 | $1,165.44 |
| Post-Petition | 05/15/19 | | | 3/1/2019 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | -$1,165.44 | $0.00 | $1,165.44 | $0.00 |
| Post-Petition | 05/24/19 | $1,165.44 | | 4/1/2019 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Post-Petition | 07/05/19 | $1,164.18 | | | | | | | | $1,164.18 | $0.00 | $1,164.18 |
| Post-Petition | 08/29/19 | $1,164.18 | | 5/1/2019 | $1,165.44 | $1,165.44 | $844.59 | $320.85 | -$1.26 | $0.00 | $1.26 | $1,162.92 |
| Post-Petition | 09/30/19 | $1,164.18 | | 6/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 11/05/19 | $1,164.18 | | 7/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 11/12/19 | $1,164.18 | | 8/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 01/06/20 | $1,164.18 | | 9/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 02/20/20 | $1,164.18 | | 10/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 03/06/20 | $1,164.18 | | 11/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 04/01/20 | $1,164.18 | | 12/1/2019 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 05/21/20 | $1,164.18 | | 1/1/2020 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $0.00 | $0.00 | $0.00 | $1,162.92 |
| Post-Petition | 07/20/20 | $1,164.18 | | 2/1/2020 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $20.82 | $20.82 | $0.00 | $1,183.74 |
| Post-Petition | 08/27/20 | $1,185.00 | | 3/1/2020 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | -$1,164.18 | $0.00 | $1,164.18 | $19.56 |
| Post-Petition | 08/27/20 | | | 4/1/2020 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Post-Petition | | | | | | | | |
| Post-Petition | 09/02/20 | $1,186.39 | | | | | | |
| Post-Petition | 10/25/20 | $2,375.00 | 5/1/2020 | $1,164.18 | $1,164.18 | $844.59 | $319.59 | $22.21 | $22.21 | $0.00 |
| Post-Petition | 10/25/20 | | 6/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | $1,188.61 | $1,188.61 | $0.00 |
| Post-Petition | 12/08/20 | $1,187.00 | 7/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | -$1,186.39 | $0.00 | $1,186.39 |
| Post-Petition | 01/05/21 | $1,187.00 | 8/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | $0.61 | $0.61 | $0.00 |
| Post-Petition | 02/17/21 | $1,188.00 | 9/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | $0.61 | $0.61 | $0.00 |
| Post-Petition | 03/11/21 | $750.00 | 10/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | $1.61 | $1.61 | $0.00 |
| Post-Petition | 03/17/21 | $750.00 | | | | | | | $750.00 | $0.00 |
| Post-Petition | 04/06/21 | $700.00 | 11/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | -$436.39 | $0.00 | $436.39 |
| Post-Petition | 04/15/21 | $660.00 | 12/1/2020 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | | $700.00 | $0.00 |
| Post-Petition | 05/11/21 | $850.00 | 1/1/2021 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | -$526.39 | $0.00 | $526.39 |
| Post-Petition | 05/25/21 | $700.00 | | | | | | -$336.39 | $0.00 | $336.39 |
| Post-Petition | 06/08/21 | $800.00 | 2/1/2021 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | | $700.00 | $0.00 |
| Post-Petition | 06/23/21 | $800.00 | 3/1/2021 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | -$386.39 | $0.00 | $386.39 |
| Post-Petition | 07/08/21 | $800.00 | | | | | | -$386.39 | $0.00 | $386.39 |
| Post-Petition | 07/20/21 | $800.00 | 4/1/2021 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | | $800.00 | $0.00 |
| Post-Petition | 08/04/21 | $675.00 | 5/1/2021 | $1,186.39 | $1,186.39 | $844.59 | $341.80 | -$386.39 | $0.00 | $386.39 |
| Post-Petition Payment Due | 08/10/21 | | 6/1/2021 | $1,318.25 | $1,318.25 | $844.59 | $473.66 | -$511.39 | $0.00 | $511.39 |
| Post-Petition Payment Due | 08/10/21 | | 7/1/2021 | $1,318.25 | $1,318.25 | $844.59 | $473.66 | -$1,318.25 | $0.00 | $1,318.25 |
| Post-Petition Payment Due | 08/10/21 | | 8/1/2021 | $1,318.25 | $1,318.25 | $844.59 | $473.66 | -$1,318.25 | $0.00 | $1,318.25 |